PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ INFORMATION ☐ INDICTMENT

CASE NO. **20-150 SECT. J MAG. 1**

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Darrel Fitzpatrick, a/k/a/ Patrick Fields

Address:

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: M. Snow
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Myles Ranier

☐ Interpreter Required   Dialect: _____

Birth Date: 1990   ☑ Male ☐ Female   ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DOD OIG S/A Matthew Pedersen

Social Security Number: XXX-XX-8906

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody /
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): Townsend Myers

☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

Place of offense: Algiers   County: Orleans

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 1   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18, U.S.C., Section 371, 201 | Conspiracy to Commit Bribery | 1 |