MINUTE ENTRY
NORTH, M.J.
JANUARY 4, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 20-150 |
| DARREL FITZPATRICK | SECTION: J |

**CRIMINAL ARRAIGNMENT**

APPEARANCES:   X   DEFENDANT
                X   COUNSEL FOR DEFENDANT    RET.-TOWNSEND MYERS - BY VIDEO
                X   ASSISTANT U.S. ATTORNEY   MYLES RANIER - BY VIDEO
                    INTERPRETER                                   SWORN
                (TIME:           .M  to           .M)

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE BILL OF INFORMATION: READ  WAIVED  (SUMMARIZED)

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER:  _waiver of indictment executed_

NOTICE:  X / PRE-TRIAL CONFERENCE: **FEBRUARY 4, 2021 AT 3:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

X / TRIAL: **MARCH 1, 2021 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

MJSTAR: 00: 04