UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-150 |
| VERSUS | SECTION "J" |
| DARREL FITZPATRICK | VIOLATION: 18 U.S.C. § 371 |

### NOTICE OF REARRAIGNMENT on JANUARY 21, 2021 at 9:30 A.M.

Take notice that this criminal case has been set for REARRAIGNMENT on THURSDAY, JANUARY 21, 2021 AT 8:30 A.M. before JUDGE CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 11, 2021 | CAROL L. MICHEL, CLERK |
| TO: | by: Gail Chauvin, Deputy Clerk |
| DARREL FITZPATRICK (BOND) | AUSA: Myles Ranier, T.A. |
| Counsel for Defendant:<br>Townsend Myers<br>townsend@nolacriminallaw.com | U.S. Marshal |
| | U.S. Probation Officer |
| | U.S. Pretrial Services |
| | JUDGE |
| | MAGISTRATE |
| | COURT REPORTER COORDINATOR<br>INTERPRETER: No |
| | |
| | Special Agent Matthew Pedersen<br>Department of Defense<br>Office of Inspector General<br>Matthew.Pedersen@DODIG.MIL |
| If you change address,<br>notify clerk of court<br>by phone, 589-7694 | |