UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-150 |
| DARREL FITZPATRICK | SECTION: J(1) |

### ORDER

Considering the foregoing *Motion for Authorization to Issue Rule 17(c) Subpoenas* **(Rec. Doc. 42)** filed by the Government,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Government is permitted to issue the aforementioned subpoenas duces tecum to Coinbase, Georgia's Own Credit Union, U.S. Bank, and Wells Fargo Bank, returnable on May 22, 2021, at 12:00 noon to the custody of the Government. The Government will then notify counsel for the defendant and make the returned items available for review and inspection after redacting personal identifying information.

New Orleans, Louisiana, this 12th day of May, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1