# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-150 |
| DARREL FITZPATRICK | SECTION: "J" |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing of Darrel Fitzpatrick, set for **Thursday, July 8, 2021 at 9:30 a.m.** is <u>RESET</u> to **Thursday, July 8, 2021 at <u>10:30</u> a.m.** by Zoom. An e-mail will be sent with the link to the video conference.

**IT IS FURTHER ORDERED** that the **U.S. Probation Officer shall appear <u>in person</u>** for the sentencing.

New Orleans, Louisiana, this 1st day of July 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

*Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.*