UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-150 |
| VERSUS | SECTION "J" |
| DARREL FITZPATRICK | VIOLATION: 18 U.S.C. § 371 |

### RE-NOTICE OF SENTENCING on SEPTEMBER 16, 2021 at 9:30 A.M.

(previously set for 7/8/21)

Take notice that this criminal case has been set for SENTENCING on THURSDAY, SEPTEMBER 16, 2021 AT 9:30 A.M. before JUDGE CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130, in person and via video conference.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  July 7, 2021 | CAROL L. MICHEL, CLERK |
| TO: | by: Gail Chauvin, Deputy Clerk |
| DARREL FITZPATRICK (BOND) | AUSA:  Myles Ranier, T.A. |
| Counsel for Defendant: | U.S. Marshal |
| Townsend Myers<br>townsend@nolacriminallaw.com | U.S. Probation Officer |
| | U.S. Pretrial Services |
| Brian Steel<br>thesteellawfirm@msn.com | JUDGE |
| Randy Chartash<br>randy@chartashlaw.com | MAGISTRATE |
| | COURT REPORTER COORDINATOR<br>INTERPRETER:  No |
| | Special Agent Matthew Pedersen<br>Department of Defense<br>Office of Inspector General<br>Matthew.Pedersen@DODIG.MIL |

If you change address,
notify clerk of court
by phone, 589-7694