# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CRIMINAL NO: 2:20-CR -00150** |
| ) | |
| **DARREL FITZPATRICK,** ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME IN WHICH TO SURRENDER

**COMES NOW**, Defendant, Darrel Fitzpatrick, by and through undersigned counsel, and files this Motion for Extension of Time in which to voluntarily surrender at a Bureau of Prisons facility to commence service of his sentence. In support of this Motion, Defendant shows as follows:

1.

On September 23, 2021, this Honorable Court sentenced Defendant to serve sixty (60) months to serve in custody with three (3) years of supervised release to follow and permitted Defendant to self surrender.

2.

On September 23, 2021, Defendant received an Order to Surrender to the Federal Bureau of Prisons on or before noon on Tuesday, November 23, 2021.

3.

Defendant respectfully requests an extension of time in which to voluntarily

1

surrender to custody.

4.

Counsel for Defendant has conferred with AUSA Ranier concerning Defendant's request and AUSA Ranier has no objection to Mr. Fitzpatrick's request for an extension of time in which to surrender, specifically until the first week in January, 2022.

5.

Defendant respectfully requests an extension of time in which to surrender until February, 2022.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter an Order extending Defendant's voluntary surrender date until sometime between Friday, January 7, 2022 and February, 2022.

This the 16th day of November, 2021.

                                        Respectfully submitted,

                                        */s/ Brian Steel*
                                        BRIAN STEEL
                                        GA Bar No. 677640
                                        **The Steel Law Firm, P.C.**
                                        1800 Peachtree Street, N.W.,
                                        Suite 300
                                        Atlanta, Georgia 30309
                                        Email: thesteellawfirm@msn.com
                                        (Admitted Pro Hac Vice)

*/s/ Randy S. Chartash*
Randy S. Chartash
GA Bar No. 121760
**Chartash Law LLC**
3151 Maple Drive, N.E.
Atlanta GA 30305
randy@chartashlaw.com
(Admitted Pro Hac Vice)

*/s/ Townsend M. Myers*
**TOWNSEND M. MYERS (#25193)**
4907 Magazine Street
New Orleans, Louisiana 70115
townsend@nolacriminallaw.com

Attorneys for Defendant Fitzpatrick

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **MOTION FOR EXTENSION OF TIME IN WHICH TO SURRENDER** on the individual listed below by electronic filing:

Myles Ranier
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
myles.ranier@usdoj.gov

Shalita B. Morgan
U.S. Probation Officer
New Orleans, Louisiana
Shalita_Morgan@laep.uscourts.gov

This the 16th day of November, 2021.

Respectfully submitted,

*/s/ Brian Steel*
BRIAN STEEL
GA Bar No. 677640
Attorney for Defendant Fitzpatrick