UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-150 |
| DARREL FITZPATRICK | SECTION: J |

### ORDER

Considering the foregoing *Unopposed Motion to Order Restitution* **(Rec. Doc. 79)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant, Darrel Fitzpatrick, pay restitution in this case for a total amount of $2,365,647.75. Of that amount, $2,011,778 shall be paid to the United Status Marine Corps Reserves (MARFORRES), and $353,869.75 shall be paid to Shofur, LLC.

**IT IS FURTHER ORDERED** that the Restitution Hearing currently scheduled for December 16, 2021 is **CANCELLED.**

New Orleans, Louisiana, this 1st day of December, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE