UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-150 |
| DARREL FITZPATRICK | SECTION: J |

### ORDER

Before the Court is a *Motion and Supplemental Motion for Extension of Time in Which to Surrender* **(Rec. Docs. 82, 85)** filed by Defendant, Darrel Fitzpatrick, and an opposition (Rec. Doc. 86) filed by the Government. Having considered the motions and legal memoranda, the record, and the applicable law, the Court finds that the motion should be granted in part.

Defendant was sentenced on September 23, 2021, and he was originally supposed to self-surrender on November 23, 2021. After moving for an extension of time to self-surrender, this Court granted Defendant's motion and instructed Defendant to self-surrender on January 7, 2022. Defendant now files a second motion for an extension of time to self-surrender.

The Court finds that Defendant's arguments for further extension of time to self-surrender are non-meritorious, largely for the reasons set forth by the Government in its opposition. However, in light of fact that Defendant did not receive notice of where to report until yesterday, the Court will grant Defendant a short, one-week extension of time to self-surrender.

**IT IS HEREBY ORDERED** that the motion is **GRANTED in part**.

**IT IS FURTHER ORDERED** that Defendant, Darrel Fitzpatrick, having been sentenced in the above case to the custody of the Federal Bureau of Prisons, is hereby ordered to surrender to the designated institution on or before **NOON on January 14, 2022**.

New Orleans, Louisiana, this 6th day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE